(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>District of Massachusetts | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>  Shenker, Harris M. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>    xxx-xx-9435 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>  10 Beacon Court<br>  Mashpee, MA 02649 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **Barnstable** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|
| ☒ Individual(s)    ☐ Railroad<br>☐ Corporation    ☐ Stockbroker<br>☐ Partnership    ☐ Commodity Broker<br>☐ Other_____  ☐ Clearing Bank | ☒ Chapter 7    ☐ Chapter 11    ☐ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>☒ Consumer/Non-Business    ☐ Business | **Filing Fee** (Check one box)<br>☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>    Must attach signed application for the court's consideration<br>    certifying that the debtor is unable to pay fee except in installments.<br>    Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>    11 U.S.C. § 1121(e) (Optional) | |

| **Statistical/Administrative Information** (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there<br>    will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03)

| | | FORM B1, Page 2 |
|---|---|---|

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):

---

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

---

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Harris M. Shenker*
Signature of Debtor **Harris M. Shenker**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X *[signature]*
Signature of Attorney for Debtor(s)
Carl D. Aframe 012780
Printed Name of Attorney for Debtor(s)
Aframe, Barnhill, & von Timroth
Firm Name
370 Main Street, Suite 975
Worcester, MA 01608
Address    **Email: ecf@aframebarnhill.com**
508-756-6940  Fax: 508-753-8219
Telephone Number

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X *[signature]*
Signature of Attorney for Debtor(s)      Date
Carl D. Aframe 012780

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## District of Massachusetts

In re   Harris M. Shenker _____

Debtor(s)

Case No. _____

Chapter   7 _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   *Jan. 18, 2005*   _____

Harris M. Shenker
Signature of Debtor

A.I.M. MUTUAL INSURANCE COMPANY
P.O. BOX 4070
BURLINGTON, MA 01803

ABACUS COMMUNICATIONS L.P.
540 NORTH COMMERCIAL STREET
MANCHESTER, NH 03101

ABACUS ELECTRONICS
126 MID TECH DRIVE
WEST YARMOUTH, MA 02673

ACS INDUSTRIES, INC.
DEP. #2002
P.O. BOX 40000
HARTFORD, CT 06151

ACTION AUTOMATATION
P.O. BOX 2540
ATTLEBORO FALLS, MA 02763

ADT SECURITY SYSTEMS, N. EAST
P.O. BOX 371967
PITTSBURGH, PA 15250

AERO FLITE ENTERPRISES INC.
261 GEMINI AVENUE
BREA, CA 92621

ALERT COURIER SERVICE
P.O. BOX 928
MARLBOROUGH, MA 01752

ALL BEST
1222 E. LEXINGTON AVENUE
POMONA, CA 91766

ALLES CORPORATION
P.O. BOX 4335
BOSTON, MA 02211

ALLIED ELECTRONICS INC.
ACCOUNTS RECEIVABLE DEPT.
P.O. BOX 2325
FORT WORTH, TX 76113

ALMOR
66 POND STREET
WHITMAN, MA 02382

ALPINE ELECTRONICS
2211 LINCOLN AVENUE
SAN JOSE, CA 95125

ANACON ELECTRONIC SALES, INC.
P.O. BOX 1268
CONCORD, MA 01742

ANIXTER CANADA, INC.
P.O. BOX 98908
CHICAGO, IL 60693

ANTHONY PREVETT

APPLITEK TECHNOLOGIES CORP.
P.O. BOX 34
BOSTON, MA 02297

ARROW / BELL GROUP
P.O. BOX 350090
BOSTON, MA 02241

ASAP ELECTRONICS
519 S. 5TH AVENUE
MOUNT VERNON, NY 10550

AT&T
P.O. BOX 371430
PITTSBURGH, PA 15250

ATLAS WATER SYSTEMS
86 LOS ANGELES STREET
NEWTON, MA 02458

AUBURN WATER DISTRICT
P.O. BOX 187
AUBURN, MA 01501

AVNET ELECTRONICS MARKETING
P.O. BOX 360761
PITTSBURGH, PA 15250

AVNET ELECTRONICS MKTG.
P.O. BOX 360761
PITTSBURGH, PA 15250

AXIS NEW ENGLAND
4 CONSTITUTION WAY
SUITE L
WOBURN, MA 01801

B&B ELECTRONICS
ACCOUNTS RECEIVABLE
P.O. BOX 1040
OTTAWA, IL 61350

BANK OF AMERICA
P.O. BOX 30770
TAMPA, FL 33630

BANK OF AMERICA
P.O. BOX 21846
GREENSBORO, NC 27420

BANK OF AMERICA
P.O. BOX 25118
TAMPA, FL 33622

BAX GLOBAL
P.O. BOX 371963
PITTSBURGH, PA 15250

BERMANS
PIONEER BUILDINGS
65/67 DALE STREET
LIVERPOOL L2 2NS
ENGLAND

BERTRAM CONTROLS
P.O. BOX 18053
BRIDGEPORT, CT 06601

BEYOND COMPONENT LLC
5 CARL THOMPSON ROAD
WESTFORD, MA 01886

BLACK BOX CORPORATION
P.O. BOX 371671
PITTSBURGH, PA 15251

BRANDON MFG. INC.
151 ESSEX STREET
HAVERHILL, MA 01832

BREVAN ELECTRONICS
6 CONTINENTAL BLVD.
MERRIMACK, NH 03054

C&M
45 JETVIEW DRIVE
ROCHESTER, NY 14624

C&S LUMBER
124 MAIN STREET
MILLBURY, MA 01527

CANADIAN STANDARDS ASSOCIATION
P.O. BOX 98061
CHICAGO, IL 60693

CARLIN, CHARRON & ROSEN, LLP
446 MAIN STREET
WORCESTER, MA 01608

CHASE ADVANTAGE CREDIT
P.O. BOX 15583
WILMINGTON, DE 19886

CITICAPITAL
P.O. BOX 6229
CAROL STREAM, IL 60197

COGHLIN ELECTRONICS
P.O. BOX 5100
WESTBOROUGH, MA 01581

COMMERCE BANK & TRUST COMPANY
C/O MARK POWERS, ESQ.
BOWDITCH & DEWEY, LLP
311 MAIN STREET
WORCESTER, MA 01608

COMPONENT DISTRIBUTORS INC.
2020 W. MCNAB ROAD
SUITE 100
FORT LAUDERDALE, FL 33309

COMPONENTS CENTER
11208 YOUNG RIVER AVENUE
FOUNTAIN VALLEY, CA 92708

CON-WAY TRANSPORTATION SERV.
P.O. BOX 642080
PITTSBURGH, PA 15264

CONCORD FINE JEWELRY INC.
C/O BERMANS
JPMORGAN CHASE BANK
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

CONNECTORS FOR NETWORKING
15421 REDHILL
SUITE C
TUSTIN, CA 92780

CONSOLIDATED FREIGHTWAYS
P.O. BOX 641939
PITTSBURGH, PA 15264

CONTACT EAST, INC.
P.O. BOX 94184
CHICAGO, IL 60690

CONTINENTAL CORDAGE
P.O. BOX 3005
SYRACUSE, NY 13220

DANKA OFFICE IMAGING COMPANY
4388 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

DAVID EMERY CORP.
P.O. BOX 470
CLINTON, WA 98236

DE LAGE LANDEN
P.O. BOX 41601
PHILADELPHIA, PA 19101

DEE ELECTRONICS
2500 16TH AVENUE
CEDAR RAPIDS, IA 52404

DELANDE SUPPLY CO. INC.
P.O. BOX 707
PEABODY, MA 01960

DELPHI PACKARD ELECTRIC SYSTEM
P.O. BOX 71405
CHICAGO, IL 60694

DIAGRAPH CORPORATION
135 S. LASALLE
DEPT. 1158
CHICAGO, IL 60674

DIVERSIFIED MACHINE CO.
9 BONAZZOLI AVENUE
UNIT #24
HUDSON, MA 01749

DONGAN ELECTRIC MFG. CO.
2987 FRANKLIN STREET
DETROIT, MI 48207

DOUGLAS ELECTRICAL COMPONENTS
FORBES ENGINEERING SALES INC.
2 ELECTRONICS AVENUE
DANVERS, MA 01923

E.L. HARVEY & SONS, INC.
68 HOPKINTON ROAD
ROUTE 135
WESTBOROUGH, MA 01581

EAGLE ELECTRIC
P.O. BOX 870
LYNN, MA 01903

EAGLE LEASING
P.O. BOX 923
ORANGE, CT 06477

EAST COAST MICROWAVE DIST.
375 MAIN STREET
STE. 1
STONEHAM, MA 02180

EASTERN CONNECTION
P.O. BOX 845566
BOSTON, MA 02284

ELECTRICAL CONTROLS, INC.
275 CENTRE STREET
HOLBROOK, MA 02343

ELECTRO SALES CO.
100 FELLSWAY WEST
SOMERVILLE, MA 02145

ELECTRO SPACE FABRICATORS
P.O. BOX 67
TOPTON, PA 19562

ELECTRONIC FASTENERS, INC.
305 WINTER STREET.
WALTHAM RESEARCH CENTER
WALTHAM, MA 02454

ELECTRONIC SHEETMETAL CRAFTMAN
127 CENTRAL STREET
STOUGHTON, MA 02072

ELMA ELECTRONICS INC.
9515 GERWIG LANE
SUITE 107
COLUMBIA, MD 21046

EMERITUS COMMUNICATIONS INC.
P.O. BOX 78228
PHOENIX, AZ 85062

ESSCO CALIBRATION LABORATORY
14 ALPHA ROAD
DEPT: AR
CHELMSFORD, MA 01824

EXACT SOFTWARE
P.O. BOX 1066
CINCINNATI, OH 45264

EXPRESS TEMPS, INC.
ATTN: BILL COMEAU
390 MAIN STREET
SUITE 300
WORCESTER, MA 01608

FABCO MFG. INC.
P.O. BOX 340
HUDSON, MA 01749

FCI ELECTRONICS
P.O. BOX 79001
DETROIT, MI 48279

FEDERAL EXPRESS CORP.
P.O. BOX 360353
PITTSBURGH, PA 15250

FERRO CERAMICS GRINDING
247A WATER STREET
WAKEFIELD, MA 01880

FESTO INC.
P.O. BOX 19389A
NEWARK, NJ 01795

FIBER OPTIC CENTER
23 CENTRE STREET
NEW BEDFORD, MA 02740

FLEET BANK CONSUMER LOAN
P.O. BOX 33163
HARTFORD, CT 06150

FLEET NATIONAL BANK
2970 TRANSIT ROAD
WEST SENECA, NY 14224

FOTRONICS
99 WASHINGTON STREET
MELROSE, MA 02176

FUSES UNLIMITED
9248 EATON AVENUE
CHATSWORTH, CA 91311

G.NEIL DIRECT MAIL, INC.
P.O. BOX 451179
SUNRISE, FL 33345

GALCO INDUSTRIAL ELECTRONICS
26010 PINEHURST
MADISON HEIGHTS, MI 48071

GALLANT MACHINE WORKS
18 GRAFTON STREET
WORCESTER, MA 01604

GE CAPITAL FINANCIAL
P.O. BOX 642111
DEPT. 24
PITTSBURGH, PA 15264

GE INFORMATION SERVICES
P.O. BOX 640371
PITTSBURGH, PA 15264

GEORGE ISSAC
36 WHISPER DRIVE
WORCESTER, MA 01609

GMAC
P.O. BOX 630071
DALLAS, TX 75263

GRAYBAR ELECTRIC COMPANY, INC.
P.O. BOX 9147
BOSTON, MA 02205

GRAYHILL INC.
561 HILLGROVE AVENUE
LA GRANGE, IL 60525

GRAYLINE INC.
2101 AIRPORT ROAD
WAUKESHA, WI 53188

GREEN RUBBER CO.
P.O. BOX 414425
BOSTON, MA 02241

HALLMARK NAMEPLATE INC.
1717 LINCOLN AVENUE
MOUNT DORA, FL 32757

HAWK  ELECTRONICS
P.O. BOX 1027F
WHEELING, IL 60090

HAYDON SWITCH & INST., INC.
DEPARTMENT 5167
P.O. BOX 30000
HARTFORD, CT 06150

HEILIND ELECTRONICS
P.O. BOX 340001
BOSTON, MA 02241

HELIX TECHNOLOGY
DEPARTMENT 862
DENVER, CO 80291

HELIX TECHNOLOGY CORPORATION
P.O. BOX 3027
BOSTON, MA 02241

HINGHAM BY CORP.
32 SCOTLAND BUILD#8
BRIDGEWATER, MA 02324

HOME DEPOT
779 WASHINGTON STREET
AUBURN, MA 01501

IGUS INC.
P.O. BOX 14349
EAST PROVIDENCE, RI 02914

IMS, INC.
P.O. BOX 5545
NEW YORK, NY 10087

INDUSTRIAL CLEANING PRODUCTS
P.O. BOX 380
WEST BOYLSTON, MA 01583

INDUSTRIAL CONTROL SPECIALIST
8 DELTA DRIVE
LONDONDERRY, NH 03053

INDUSTRIAL ELECT WIRE & CABLE
P.O. BOX 88545
MILWAUKEE, WI 53288

INDUSTRIAL LABELING SYSTEMS
10 KIDDER ROAD
CHELMSFORD, MA 01824

INNOVENT
6 CENTENNIAL DRIVE
PEABODY, MA 01960

INTERBAY FUNDING

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES FUNCTION STOP 20800
P.O. BOX 9112
JFK BUILDING
BOSTON, MA 02203

INTERNATIONAL PRODUCTS CORP.
P.O. BOX 70
BURLINGTON, NJ 08016

ISOLATION PRODUCTS INC.
157 SAN LAZARO AVENUE
SUNNYVALE, CA 94086

JABBOUR ELECTRONIC SUPPLIES INC.
345 FOUNTAIN STREET
PAWTUCKET, RI 02860

JACO ELECTRONICS, INC.
P.O. BOX 18055
HAUPPAUGE, NY 11788

JAMES MONROE WIRE & CABLE
P.O. BOX 1203
SOUTH LANCASTER, MA 01561

JEVONS CONNECTOR PRODUCTS
P.O. BOX 2715
BUFFALO, NY 14240

JST CORPORATION
1957 SOUTH LAKESIDE DRIVE
WAUKEGAN, IL 60085

KAUFMAN COMPANY INC.
P.O. BOX 410339
CAMBRIDGE, MA 02141

KEPCO INC.
P.O. BOX 19231A
NEWARK, NJ 07195

KEYENCE
P.O. BOX 7777
PHILADELPHIA, PA 19175

KINGSLEY
ITW/KINGSLEY
P.O. BOX 92491
CHICAGO, IL 60675

L-COM INC.
45 BEECHWOOD DRIVE
NORTH ANDOVER, MA 01845

LADD INDUSTRIES
4849 HEMPSTEAD STATIONS DRIVE
KETTERING, OH 45429

LEE SPRING INC.
1462 62ND STREET
BROOKLYN, NY 11219

LELANITE CORPORATION
P.O. BOX 160
WEBSTER, MA 01570

MAGNET SCHULTZ OF AMERICA
401 PLAZA DRIVE
WESTMONT, IL 60559

MAJOR EDWARDS
23 SUMMER STREET
PAWTUCKET, RI 02860

MARKETING EAST
10 LIBERTY STREET
NORTH ANDOVER, MA 01845

MASS DESIGN
22 TAHGUAY AVENUE
NASHUA, NH 03063

MASSACHUSETTS DEPARTMENT OF REVENUE
LITIGATION BUREAU - BANKRUPTCY UNIT
P.O. BOX 9565
BOSTON, MA 02114

MATTHEW BENDER & CO., INC.
P.O. BOX 7247-0178
PHILADELPHIA, PA 19170

MAXON PRECISION MOTORS INC.
838 MITTEN ROAD
BURLINGAME, CA 94010

MBNA AMERICA
P.O. BOX 15137
WILMINGTON, DE 19886

MCMASTER-CARR SUPPLY CO.
P.O. BOX 7690
CHICAGO, IL 60680

MEC IMEX INC.
6F, NO 162 CHANE AN EAST ROAD
SEC 2 P.O. BOX 46-476
TAIPEI, TAIWAN

MEGA ELECTRONICS, INC.
4B JULES LANE
NEW BRUNSWICK, NJ 08901

MERCURY WIRE PRODUCTS, INC.
MERCURY DRIVE
SPENCER, MA 01562

METRO WIRE & CABLE, INC.
321 CENTRAL STREET
HUDSON, MA 01749

METROPOLITAN PIPE & SUPPLY
303 BINNEY STREET
CAMBRIDGE, MA 02142

MICROWAVE RADIO COMMUNICATIONS, LLC
P.O. BOX 350006
BOSTON, MA 02241

MINUTEMAN CONTROLS CO., INC.
P.O. BOX 1559
WAKEFIELD, MA 01880

MOLEX INCORPORATED
P.O. BOX 101853
ATLANTA, GA 30392

MORGAN CONSTRUCTION CO.
40 CRESCENT STREET
WORCESTER, MA 01605

MOUSER ELECTRONICS
P.O. BOX 99319
FORT WORTH, TX 76199

MTS SYSTEMS CORPORATION
SDS 12-0953
P.O. BOX 86
MINNEAPOLIS, MN 55486

N.E. ELECTRIC WIRE
P.O. BOX 6281
BOSTON, MA 02212

NATIONSRENT
P.O. BOX 736
CANDIA, NH 03034

NEW ENGLAND BUSINESS SERVICE
500 MAIN STREET
ATTN: A/R
GROTON, MA 01471

NEW ENGLAND FABRICATED METAL
P.O. BOX 670
LITTLETON, MA 01460

NEW HAMPSHIRE TRANSFORMER
P.O. BOX 838
DERRY, NH 03038

NEW PENN
P.O. BOX 630
LEBANON, PA 17042

NEWARK ELECTRONICS
A PREMIER FARNELL COMPANY
P.O. BOX 94151
PALATINE, IL 60094

NEWCOURT LEASING CORPORATION
P.O. BOX 33076
NEWARK, NJ 07188

NEXTEL COMMUNICATIONS
P.O. BOX 820832
PHILADELPHIA, PA 19182

NORTH COUNTRY WIRE INC.
20 CONTINENTAL BLVD.
MERRIMACK, NH 03054

NSTAR
P.O. BOX 4508
WOBURN, MA 01888

NUDATA
1950 SWARTHMORE AVENUE
LAKEWOOD, NJ 08701

O'CONNELL FIRE PROTECTION INC.
261 BROOKS STREET
WORCESTER, MA 01606

OFFTECH, INC.
30 UPTON DRIVE
WILMINGTON, MA 01887

OFS FITEL
P.O. BOX 1260
AVON, CT 06001

OMEGA ENGINEERING, INC.
P.O. BOX 14001
CHURCH STREET STATION
NEW YORK, NY 10249

ON LINE COMPONENTS
1220 OLYMPIC BLVD.
SANTA MONICA, CA 90404

P. J. OVERHEAD DOOR INC.
4 PUTNAM ROAD
DUDLEY, MA 01571

PACER ELECTRONICS, INC.
P.O. BOX 3966
BOSTON, MA 02241

PANEL COMPONENTS CORP.
P.O. BOX 115
OSKALOOSA, IA 52577

PEERLESS ELECTRONICS INC.
P.O. BOX 7025
LYNBROOK, NY 11563

PEI GENESIS
2180 HORNIG ROAD
PHILADELPHIA, PA 19116

PEPPERL & FUCHS, INC.
P.O. BOX 931167
CLEVELAND, OH 44193

PICO CORPORATION
444 CONSTITUTION AVENUE
CAMARILLO, CA 93012

PIONEER STANDARD
P.O. BOX 371287
PITTSBURGH, PA 15250

PITNEY BOWES
P.O. BOX 856390
LOUISVILLE, KY 40285

PITNEY BOWES CREDIT CORPORATION
P.O. BOX 856460
LOUISVILLE, KY 40285

PLASTIC DISTRIBUTORS AND FAB
419 RIVER STREET
HAVERHILL, MA 01832

POCO SALES
8925 FULLBRIGHT
CHATSWORTH, CA 91311

POWELL ELECTRONICS, INC.
P.O. BOX 8500 (S-1500)
PHILADELPHIA, PA 19178

PRECISION ENGINEERING
P.O. BOX 546
UXBRIDGE, MA 01569

PRIME ELECTRO PRODUCTS
1811 MANHATTEN BEACH BLVD.
MANHATTAN BEACH, CA 90266

PROTECH
P.O. BOX 616
AUBURN, MA 01501

PURCHASE POWER
P.O. BOX 856042
LOUISVILLE, KY 40285

RADIO SHACK
21629 NETWORK PLACE
CHICAGO, IL 60673

RETIREMENT PLANNING ASSOCIATES
P.O. BOX6003
WATERFORD, CT 06385

RYDER TRANSPORTATION SERVICES
P.O. BOX 96723
CHICAGO, IL 60693

SAGER ELECTRONICS
P.O. BOX 30819
HARTFORD, CT 06150

SANMINA CORPORATION
DEPT. #44661
P.O. BOX 44000
SAN FRANCISCO, CA 94144

SANYO-DENKI
ATTN: ACCOUNTS RECEIVABLE
468 AMAPOLA AVENUE
TORRANCE, CA 90501

SCOTT ELECTONICS INC.
33 NORTHWESTERN DRIVE
SALEM, NH 03079

SENIOR OPERATIONS INC.
815 FORESTWOOD DRIVE
ROMEOVILLE, IL 60446

SEVERANCE TRUCKING COMPANY, INC.
49 MCGRATH ROAD
DRACUT, MA 01826

SIMPLEX TIME RECORDER CO.
DEPT. CH 10320
PALATINE, IL 60055

SMC PNEUMATICS INC.
P.O. BOX 70269
CHICAGO, IL 60673

SPECIALTY BOLT & SCREW
235 BOWLES ROAD
AGAWAM, MA 01001

SPRINT PCS
P.O. BOX 62071
BALTIMORE, MD 21264

STANDARD ELECTRONICS
1001 WEST WASHINGTON STREET
NORRISTOWN, PA 19401

STAPLES CREDIT PLAN
P.O. BOX 9020
DES MOINES, IA 50368

STATE ELECTRONICS
36 RT. 10
EAST HANOVER, NJ 07936

STEPHENSON GOBIN SALES LTD.
HIGH ETHERLEY
BISHOP AUCKLAND
CO. DURHAM DL14 OHY

STEVEN ENGINEERING
P.O. BOX 1029
SAN BRUNO, CA 94066

STEWARD, INC.
P.O. DRAWER 302
P.O. BOX 11407
BIRMINGHAM, AL 35246

SYNTHETIC THREAD CO., INC.
P.O. BOX 1277
BETHLEHEM, PA 18016

TARGET ELECTRONICS SUPPLY
P.O. BOX 690
WESTWOOD, MA 02090

TECH FABRICATORS
4 MALCOM HOYT DRIVE
NEWBURYPORT, MA 01950

TEK SUPPLY
208 HIGH STREET
RANDOLPH, MA 02368

THALES
104 FEEDING HILLS ROAD
SOUTHWICK, MA 01077

THE GUARDIAN
P.O. BOX 95101
CHICAGO, IL 60694

THE HOPE GROUP
P.O. BOX 845001
BOSTON, MA 02284

TLC ELECTRONICS
245 EAST ROSELAWN AVENUE
SAINT PAUL, MN 55117

TOSHIBA AMERICA INFORMATION
P.O. BOX 642111
PITTSBURGH, PA 15264

TOWN OF AUBURN
P.O. BOX 15655
WORCESTER, MA 01615

TOYOTA FINANCIAL SERVICES
P.O. BOX 2730, TC13
TORRANCE, CA 90509

TRAVELERS INDEMNITY AND AFFILIATES
CL REMITTANCE CENTER
HARTFORD, CT 06183

TYCO ELECTRONICS CORP.
P.O. BOX 8500 S-5275
PHILADELPHIA, PA 19178

UNDERWRITTERS LABORATORIES
P.O. BOX 75330
CHICAGO, IL 60675

UNITED PARCEL SERVICE
P.O. BOX 7247-0244
PHILADELPHIA, PA 19170

UPS CUSTOMHOUSE BROKERAGE INC.
P.O. BOX 34486
LOUISVILLE, KY 40232

USF RED STAR
P.O. BOX 13458
NEWARK, NJ 07188

VERIZON ADVANCED DATA
P.O. BOX 1100
ALBANY, NY 12250

VICTOR INSULATORS, INC.
P.O. BOX 99879
CHICAGO, IL 60696

VISION SYSTEMS-VESDA
P.O. BOX 3902
BOSTON, MA 02241

W.D. MATTHEWS MACHINERY CO.
P.O. BOX 319
AUBURN, ME 04212

WALKER INDUSTRIES
P.O. BOX 499
NEWTOWN, CT 06470

WASCO INC.
3130 SKYWAY DRIVE
#701
SANTA MARIA, CA 93455

WASHINGTON MUTUAL
P.O. BOX 47524
SAN ANTONIO, TX 78265

WASHINGTON MUTUAL BANK
P.O. BOX 7198
PASADENA, CA 91109

WB MASON COMPANY, INC.
P.O. BOX 111
BROCKTON, MA 02303

WORCESTER SCALE CO.
HIGGINS INDUSTRIAL PARK
228 BROOKS STREET
WORCESTER, MA 01606

WORKPLACE ESSENTIALS, INC.
13 WHEELING AVENUE
WOBURN, MA 01801

X-L CORPORATION
25 PROGRESS AVENUE
NASHUA, NH 03062

YAZAKI NORTH AMERICA
DEPT. 771287
P.O. BOX 77000
DETROIT, MI 48277

ZEE MEDICAL SERVICE
300 W. MAIN STREET
NORTHBOROUGH, MA 01532

ZION.NET
33 BOSTON POST ROAD
SUITE 270
MARLBOROUGH, MA 01752